**FILED**

**MAY 1 2 2010**

U. S. DISTRICT COURT
E. DISTRICT OF MO.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | |
| Plaintiff,     ) | |
| ) | |
| v.     ) | No. |
| ) | |
| LATASHA JEWELL McFARLAND,     ) | **4:10CR  00266SNLJ** |
| ) | |
| Defendant.     ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

Between on or about August 2009 and on or about March 2010, within the Eastern District of Missouri and elsewhere, the defendant

**LATASHA JEWELL McFARLAND,**

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport provide or maintain by any means, Jane Doe, knowing and in reckless disregard of the fact that Jane Doe had not yet attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(b)(2) and Title 18, United States Code, Section 2.

### COUNT II

The Grand Jury further charges that:

Between on or about August 2009 and on or about March 2010, within the Eastern District of Missouri and elsewhere, the defendant

**LATASHA JEWELL McFARLAND,**

did knowingly use facilities in interstate commerce with intent to promote, manage, establish or carry on an unlawful activity, to wit: prostitution, and thereafter did knowingly manage, establish or carry on that illegal activity.

In violation of Title 18, United States Code, Section 1952(a)(3) and Title 18, United States Code, Section 2.

### COUNT III

The Grand Jury further charges that:

Between on or about August 2009 and on or about March 2010, within the Eastern District of Missouri and elsewhere, the defendant

**LATASHA JEWELL McFARLAND,**

did knowingly use any facility of interstate commerce to persuade, induce or entice Jane Doe, who had not yet attained the age of 18 years, to engage in prostitution.

In violation of Title 18, United States Code, Section 2422(b) and Title 18, United States Code, Section 2.

A TRUE BILL.


_____
FOREPERSON


RICHARD G. CALLAHAN
United States Attorney


_____
NOELLE C. COLLINS, #109678
Assistant United States Attorney